### In re DANZIGER.

(*Supreme Court, General Term, First Department.* February 13, 1891.)

Appeal from special term, New York county.
This is an appeal by the Protestant Episcopal House of Mercy of the city of New York
from an order discharging Mollie Danziger from its custody.
Argued before VAN BRUNT, P. J., and BARTLETT and BARRETT, JJ.
*E. T. Gerry,* for appellants.   *G. Steckler,* for respondent.

VAN BRUNT, P. J. This case involving the same facts as were presented by *In re
Simon, ante,* 399 (decided herewith,) the order is affirmed, with costs, upon the opinion
in that case.

BARRETT, J., (*dissenting.*) I think the order should be reversed, and the proceed-
ings remitted to the special term for further action. See my opinion in *Re Simon.*

BARTLETT, J. I concur with Mr. Justice BARRETT.